United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TSEE SAECHAO,

          Plaintiff,

    v.

PERSONIFY FINANCIAL,

          Defendant.

Case No.  20-cv-06738-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **March 4, 2021**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 11, 2021, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated:  December 31, 2020

_____
Richard Seeborg
United States District Judge