# UNITED STATES DISTRICT COURT
# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSEE SAECHAO, | Case No.: 3:20-cv-06738-RS |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PERSONIFY FINANCIAL** |
| v. | |
| PERSONIFY FINANCIAL, | |
| Defendant. | |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Applied Data Finance, LLC dba Personify Financial ("Personify Financial"), and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice, as to Defendant Personify Financial, with the parties to bear their own attorneys' fees and costs,

**IT IS SO ORDERED.**

Dated: February 9, 2021

_____
Honorable Richard Seeborg
Chief United States District Judge